## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)

DATE: 1/26/17

NAME OF SERVER (PRINT): Patricia Beard

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Katrina Fesalbon Senior Teller authorized to accept

☐ Returned unexecuted: _____

☑ Other (specify): Location was Citibank, NA. 11800 Spectrum Center, Reston Va 20190

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/27/17

Signature of Server: Patricia Beard

Address of Server: 4094 Majestic Lane 320 Fairfax Va 22033