L. Paul Mankin, IV (SBN 264038)
THE LAW OFFICE OF PAUL MANKIN
4655 Cass Street, Suite 112
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAX SANCHEZ, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**CITIBANK, N.A., and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. **1:16-cv-01870-DAD-BAM**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of March, 2017,

By: /s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Filed electronically on this 15th day of March 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Barbara A. McAuliffe
United States District Court
Eastern District District of California

Andrew Moritz, Esq.
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
Attorney for Defendant

This 15th day of March 2017

/s/L. Paul Mankin
L. Paul Mankin